| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Bolton, Susan R. | 2. Court or Organization U.S. District Court, Arizona | 3. Date of Report 04/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 401 W. Washington St., SPC 50 Suite 522 Phoenix, AZ 85003 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | Organizational Diagnostics LLC ▓▓▓▓▓▓ (dissolved 9/4/14) |
| 2. | Trustee | Trust #1 |
| 3. | Managing Member | Building K LLC |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Arizona Elected Officials Retirement Plan | $72,880.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sonoma National Bank, CA | Mortgage on one-half interest in office codominium (Pt. VII line 12) | J |
| 2. | Merrill Lynch Single Premium Life | Cash value loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock | C | Dividend | M | T | | | | | |
| 2. FIA Card Services(see part VIII) | A | Interest | | | | | | | |
| 3. Bank of America | A | Interest | M | T | | | | | |
| 4. Merrill Lynch Single Premium Life-Insurance | | None | J | T | | | | | |
| 5. U.S. Savings Bonds | | None | O | T | | | | | |
| 6. Virtus Balanced Fund | A | Dividend | K | T | | | | | |
| 7. ML Retirement Plus-Annuity | | None | M | T | | | | | |
| 8. Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. Allianz Franklin-Annuity | | None | L | T | | | | | |
| 10. Office condo-1/2 Int-Phx,AZ ('94 60,000-'04 30,000) | | None | M | R | | | | | |
| 11. Fidelity Equity Dividend Income Fund | A | Dividend | K | T | | | | | |
| 12. Fidelity Magellan mutual fund | C | Dividend | K | T | | | | | |
| 13. Fidelity Value mutual fund | B | Dividend | K | T | | | | | |
| 14. Fidelity Asset Manager mutual fund | B | Dividend | K | T | | | | | |
| 15. Fidelity Puritan mutual fund | B | Dividend | K | T | | | | | |
| 16. Janus Balanced mutual fund | A | Dividend | J | T | | | | | |
| 17. Vanguard Growth Index Fund | A | Dividend | | | Sold | 07/07/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Vanguard 500 Index Fund | A | Dividend | | | Sold | 07/07/14 | K | C | |
| 19.   Vanguard Prime Cap Fund | A | Dividend | | | Sold | 07/07/14 | J | C | |
| 20.   Vanguard Life Strategy Growth Fund | A | Dividend | | | Sold | 07/07/14 | J | B | |
| 21.   Vanguard IRA | A | Dividend & I | K | T | | | | | |
| 22.   --Total Stock Market Index Fund | | | | | | | | | |
| 23.   --Growth Index Fund | | | | | | | | | |
| 24.   Vanguard IRA(see part VIII)Total Stock Market Fund | | | | | Merged (with line 22) | 01/24/14 | J | | |
| 25.   Illinois DFA zero coupon Muni Bond | | None | L | T | | | | | |
| 26.   Real Estate, Oroville, CA (1972, $5,000) | | None | | | Sold | 08/12/14 | K | E | Ghao Zong Yang |
| 27.   Arizona Elected Officials Retirement Plan | F | pension | M | T | | | | | |
| 28.   Arizona State Retirement System | | None | | | Sold | 04/28/14 | O | | |
| 29.   Keyport Keyannuity | | None | M | T | | | | | |
| 30.   Keyport Keyannuity | | None | L | T | | | | | |
| 31.   IRA #1 | D | Dividend & I | N | T | | | | | |
| 32.   --First Niagra Bank CD | | | | | Buy | 10/31/14 | L | | |
| 33.   --Santander Bank CD | | | | | Buy | 10/15/14 | L | | |
| 34.   --Apple Bank CD | | | | | Buy | 10/15/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --GE Capital Bank CD | | | | | Buy | 10/15/14 | L | | |
| 36. --Discover Bank CD | | | | | Buy | 10/15/14 | M | | |
| 37. --Ally Bank CD | | | | | Buy | 10/31/14 | L | | |
| 38. --State Bank India CD | | | | | Buy | 10/15/14 | L | | |
| 39. --Goldman Sachs Bank CD | | | | | Buy | 10/31/14 | L | | |
| 40. --Verizon Communications | | | | | Buy | 10/15/14 | L | | |
| 41. --Goldman Sachs Bank CD | | | | | | | | | |
| 42. --Discover Bank CD | | | | | | | | | |
| 43. --FIA Card Services NA (See Part VIII) | | | | | | | | | |
| 44. --Bank of America NA | | | | | | | | | |
| 45. --Pepsico common stock | | | | | | | | | |
| 46. --Yum Brands common stock | | | | | | | | | |
| 47. --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 48. --GE Cap Retail Bank CD | | | | | Redeemed | 11/17/14 | L | | |
| 49. --Goldman Sachs Bank CD | | | | | | | | | |
| 50. --US Treasury Inflation Notes | | | | | Redeemed | 07/15/14 | K | | |
| 51. --American Express Cent. Bank CD | | | | | Redeemed | 05/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Goldman Sachs Bank CD | | | | | Redeemed | 05/30/14 | L | | |
| 53. --Sallie Mae Bank CD | | | | | | | | | |
| 54. --American Ex Centurian CD | | | | | Redeemed | 11/10/14 | L | | |
| 55. --Motorola Solutions | | | | | | | | | |
| 56. --Synchrony Bank fka GE CAP Retail Bank CD | | | | | | | | | |
| 57. --Synchrony Bank fka GE CAP Retail Bank CD | | | | | | | | | |
| 58. --Discover Bank CD | | | | | | | | | |
| 59. --Vodafone common stock | | | | | | | | | |
| 60. --Blackrock Global Mutual Fund | | | | | | | | | |
| 61. --BMW Bank CD | | | | | | | | | |
| 62. --GE Capital Bank CD | | | | | | | | | |
| 63. --GE Capital Bank CD | | | | | | | | | |
| 64. --GE Capital Bank CD | | | | | | | | | |
| 65. --GE Capital Bank CD | | | | | | | | | |
| 66. --GE Capital Bank CD | | | | | | | | | |
| 67. --Goldman Sachs Bank CD | | | | | | | | | |
| 68. --Wal-Mart common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Savings Bonds | | None | K | T | | | | | |
| 70. U.S. Savings Bonds | | None | K | T | | | | | |
| 71. US Savings Bonds | | None | K | T | | | | | |
| 72. Bank of America Dep Account Preferred | B | Interest | P1 | T | | | | | |
| 73. IRA #2 | A | Interest | N | T | | | | | |
| 74. --Blackrock GLB | | | | | Buy | 12/09/14 | K | | |
| 75. --David Global | | | | | Buy | 12/09/14 | L | | |
| 76. --Direxon Index | | | | | Buy | 12/09/14 | K | | |
| 77. --JPMorgan Global | | | | | Buy | 12/09/14 | K | | |
| 78. --Morgan Stanley Bank | | | | | | | | | |
| 79. First Trust NASDAQ | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 80. Guggenheim S&P 500 | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 81. IShares Russell MidCap | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 82. IShares MSCI EAFE | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 83. IShares Global Tech | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 84. IShares MSCI Energing | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 85. IShares TR Russell 2000 | A | Dividend | J | T | Buy | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Powershares BuyBack Achvrs | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 87. Vanguard Value | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 88. Vanguard Growth | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 89. Vanguard FTSE Allworld | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 90. Allianz Annuity (X) | D | Distribution | M | T | | | | | |
| 91. American General (X) | D | Distribution | L | T | | | | | |
| 92. Trust #1 (see part VIII) | A | Interest | K | T | | | | | |
| 93. --AVIVA Life & Annuity #1 | | | | | Sold | 06/25/14 | K | C | |
| 94. --AVIVA Life & Annuity #2 | | | | | Sold | 09/15/14 | L | | |
| 95. --AVIVA Life & Annuity #3 | | | | | Sold | 09/23/14 | L | | |
| 96. --Real Estate - Sunnyvale, CA | | | | | Sold | 03/19/14 | O | | Steve and Katie Ha |
| 97. --Bank of America | | | | | | | | | |
| 98. --Capital One Bank | | | | | Closed | 01/02/14 | L | | |
| 99. --Wells Fargo Bank (See part VIII) | | | | | Closed | | K | | |
| 100. --Lincoln Financial Life Insurance (Y) | | | | | | | | | |
| 101. --Allianz Annuity (Y) | | | | | | | | | |
| 102. --California STRS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   --Principal Financial Group Annuity | | | | | Sold | 01/02/14 | L | | |
| 104.   --Sun America Annuity(nka American General( (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 2 & 43: FIA Card Services was a money market account discontinued in September 2014 and all funds transferred to Bank of America money market account according to my investment advisor at Merrill Lynch.

Part VII, line 24: This Vanguard IRA was rolled into Vanguard IRA listed on line 21.

Part VII, line 98: This account was closed October 21, 2013 and its closure was inadvertently omitted from the 2013 disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 04/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Bolton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544